

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Enes Hajdarpasic*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
[enes.hajdarpasic@usdoj.gov](mailto:enes.hajdarpasic@usdoj.gov)

*main: (973) 645-2700*
*direct:(973) 297-2046*
*fax:   (973) 297-2010*

December 21, 2021

**BY ECF**
Honorable John Michael Vazquez
United States District Court
for the District of New Jersey
Martin Luther King, Jr., Fed'l Bldg. & U.S. Cthse.
Newark, NJ  07101

    Re:   *In Re Tan Chun La,*
             Case 2:21-mc-00139

Dear Judge Vazquez:

    This office represents the Government in this matter. On December 7, 2021, the parties appeared telephonically before the Court for a status conference. At that time, the Government noted that it would review Petitioner's request for amendment of the naturalization certificate and update the Court by December 21, 2021 as to whether it opposes or takes no position as to this request. The Government has completed its review and respectfully submits this letter to state that it takes no position as to Petitioner's request. Thank you for the Court's consideration of this matter.

                      Respectfully submitted,

                      PHILIP R. SELLINGER
                      United States Attorney

          By:    *s/ Enes Hajdarpasic*

                      ENES HAJDARPASIC
                      Assistant United States Attorney

cc:    Counsel of Record by ECF