UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re TAN CHUN LA,

      Petitioner,

Case No.: 2:21-mc-00139-JMV

**ORDER GRANTING PETITION FOR AMENDMENT OF NATURALIZATION CERTIFICATE**

<u>**John Michael Vazquez, U.S.D.J.**</u>

      This matter was opened to the Court by Petitioner Tan Chun La seeking to amend his naturalization certificate, issued on February 11, 1986, to reflect his true date of birth. D.E. 1. Respondent United States Citizenship and Immigration Service ("USCIS") indicated that it is taking no position as to the petition. D.E. 5. This Court has subject-matter jurisdiction to amend Petitioner's naturalization certificate. *See Sinha v. U.S. Citizenship and Immigration Servs.*, 2:10-cv-02239-SRC, 2011 U.S. Dist. LEXIS 63380, at * 2-3 (D.N.J. Jun. 14, 2011). As a result, and for good cause shown,

      It is on this 21st day of December 2021 hereby

      **ORDERED** that Petitioner Tan Chun La's petition to amend his naturalization certificate to reflect his true date of birth of January 6, 1958, D.E. 1, is **GRANTED**. The Court directs Petitioner to the USCIS website to file a Form N-565, Application for Replacement Naturalization/Citizenship, for further direction as to how he may obtain a corrected naturalization certificate from USCIS. See https://www.uscis.gov/n-565; and it is further

      **ORDERED** that the Clerk shall serve a copy of this Order on the District Director of the USCIS at 530 Fellowship Road, Mount Laurel, NJ 08054 by regular mail. A. copy of this Order is to be placed in La's file pursuant to 8 C.F.R. § 334.16(b).

JOHN MICHAEL VAZQUEZ  
United States District Court Judge